I.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law Nos. II and III.

O'CONNOR, J., would also accept the appeal on Proposition of Law No. II.

O'DONNELL and LANZINGER, JJ., dissent.

Motion for admission pro hac vice of Anthony E. Farah by Sean S. Kelly granted.

**2007–1439. State v. Barnes.**

Portage App. No. 2006–P–0089, 2007-Ohio-3362. Discretionary appeal accepted on Proposition of Law Nos. I, II, and III; cause held for the decision in 2007–0052, *State v. Simpkins,* Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

MOYER, C.J., and PFEIFER and LANZINGER, JJ., dissent.

**2007–1449. State v. Cotton.**

Hamilton App. No. C–060264. Discretionary appeal accepted; cause held for the decision in 2007–0184, *State v. Brown,* Cuyahoga App. No. 87651, 2006-Ohio-6267; and briefing schedule stayed. Motion to compel counsel denied.

PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

**2007–1451. In re A.J.S.**

Franklin App. No. 06AP–597, 2007-Ohio-3216.

LANZINGER, J., would accept the appeal on Proposition of Law No. I only.

PFEIFER and O'DONNELL, JJ., dissent.

**2007–1452. Sogg v. Ohio Dept. of Commerce.**

Franklin App. No. 06AP–883, 2007-Ohio-3219.

LANZINGER, J., would accept the appeal on Proposition of Law Nos. II and III only.

**2007–1468. State v. Cruzado.**

Lorain App. No. 06CA008952, 2007-Ohio-3120. Discretionary appeal accepted; cause held for the decision in 2007–0052, *State v. Simpkins,* Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

MOYER, C.J., and PFEIFER, J., dissent.

**2007–1490. Tenney v. Gen. Elec. Co.**

Trumbull App. No. 2005–T–0119, 2007-Ohio-3367. Discretionary appeal accepted on Proposition of Law No. III.

O'CONNOR and O'DONNELL, JJ., would also accept the appeal on Proposition of Law Nos. I and II.

MOYER, C.J., and PFEIFER and LANZINGER, JJ., dissent.